# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **L.B. JEFFERSON**<br>  **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1711** |
| **BAYWATER DRILLING, LLC**<br>  **Defendant** | **SECTION: "E" (4)** |

## ORDER

The Court, having considered the motion for attorney fees,[1] the record, the applicable law, the Magistrate Judge's Amended Report and Recommendation,[2] and Plaintiff's objection to the Magistrate Judge's Report and Recommendation,[3] hereby approves the Magistrate Judge's Amended Report and Recommendation and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff's Motion to Determine Quantum of Attorneys' Fees and Costs[4] is **GRANTED**. Plaintiff L.B. Jefferson shall be awarded reasonable attorney's fees in the amount of $51,112.50, and costs in the amount of $4,542.38, for a total award of $55,654.88, to be paid by Defendant Baywater Drilling, LLC no later than 21 days of this Order.

**New Orleans, Louisiana, this 17th day of November, 2015.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 43.
[2] R. Doc. 51.
[3] R. Doc. 54.
[4] R. Doc. 43.